UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SPHERION CORPORATION,

                         Plaintiff,

                                                           <u>ORDER</u>

                                                           06-CV-6458L

              v.

JEFF PARNELL, et al.,

                         Defendants.
_____

    It is hereby

    ORDERED, that plaintiff Spherion Corporation shall deposit the sum of $1000.00 with the Clerk of the Court, to be deposited into the Court's Registry pending further order of this Court.

    IT IS SO ORDERED.

                                                  _____
                                                     DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
        October 2, 2006.